```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01398
    OMAR TORRES
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0233


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/26/2007 and was confirmed 06/13/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED VEHIC          .00            .00           .00
BANK OF HINSDALE          SECURED VEHIC          .00            .00           .00
AMERICA'S SERVICING COMP  CURRENT MORTG          .00            .00           .00
AMERICA'S SERVICING COMP  MORTGAGE ARRE      6522.75            .00       6522.75
WILSHIRE CREDIT CORPORAT  CURRENT MORTG          .00            .00           .00
AT&T CREDIT MANAGEMENT C  UNSEC W/INTER  NOT FILED              .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      6533.65         336.81       2485.90
CAPITAL ONE               UNSEC W/INTER      1895.09          97.71        721.04
CITIBANK/SEARS            UNSEC W/INTER  NOT FILED              .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED              .00           .00
PEOPLES GAS & LIGHT       UNSEC W/INTER  NOT FILED              .00           .00
BANK OF HINSDALE          UNSEC W/INTER  NOT FILED              .00           .00
AMERICAS MORTGAGE SERVIC  NOTICE ONLY    NOT FILED              .00           .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER       779.91          40.21        296.74
WILSHIRE CREDIT CORPORAT  SECURED NOT I      5958.10            .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER       714.72          36.86        271.93
THAYER C TORGERSON        DEBTOR ATTY            .00                         .00
TOM VAUGHN                TRUSTEE                                         790.05
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               11,600.00

PRIORITY                                          .00
SECURED                                      6,522.75
UNSECURED                                    3,775.61
    INTEREST                                   511.59
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           790.05

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01398 OMAR TORRES
```

```
DEBTOR REFUND                                                              .00
                                          ----------------   ----------------
TOTALS                                          11,600.00          11,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 06/25/08                        /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE